No. 785. SAME *v.* OWENS;

No. 786. SAME *v.* PEEL;

No. 787. SAME *v.* JONES;

No. 788. SAME *v.* STONE; and

No. 789. SAME *v.* SULLIVAN. March 28, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. MR. JUSTICE REED took no part in the consideration or decision of this application. *Acting Solicitor General Bell* for petitioner. *Mr. J. F. Kemp* for respondents. Reported below: 92 F. 2d 756.

No. 815. UNITED STATES *v.* ONE 1936 MODEL FORD. April 4, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit granted. MR. JUSTICE BUTLER and MR. JUSTICE STONE took no part in the consideration or decision of this application. *Acting Solicitor General Bell* for the United States. *Messrs. Duane R. Dills* and *Eugene E. Heaton* for respondent.

No. 805. INDIANA EX REL. VALENTINE *v.* MARKER. TRUSTEE. See *ante,* p. 628.

No. 860. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* WINMILL. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Solicitor General Jackson* for petitioner. *Mr. Thomas M. Wilkins* for respondent.

No. 864. LOWE BROTHERS Co. *v.* UNITED STATES. April 11, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted.